IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Favela, Manuel | Case Number: 07 B 03800 |
|---|---|---|
| | Favela, Jeana | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | Filed: 3/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 20, 2008
Confirmed: June 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,100.00 | |
| Secured: | | 2,732.59 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 200.00 |
| Trustee Fee: | | 167.41 |
| Other Funds: | | 0.00 |
| Totals: | 3,100.00 | 3,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 200.00 | 200.00 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Town of Cicero | Secured | 2,072.03 | 125.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 46,763.00 | 2,607.59 |
| 5. | McLeod USA | Unsecured | 38.89 | 0.00 |
| 6. | Continental Credit Services | Unsecured | 576.21 | 0.00 |
| 7. | Premium Asset Recovery Corp | Unsecured | 378.53 | 0.00 |
| 8. | United Collection Bureau Inc | Unsecured | 210.46 | 0.00 |
| 9. | RMI/MCSI | Unsecured | 45.00 | 0.00 |
| 10. | UM Capital | Unsecured | 1,748.12 | 0.00 |
| 11. | IC System Inc | Unsecured | 9.12 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 79.53 | 0.00 |
| 13. | Nicor Gas | Unsecured | 106.60 | 0.00 |
| 14. | ACF Medical Services | Unsecured | | No Claim Filed |
| 15. | Loretto Hospital | Unsecured | | No Claim Filed |
| 16. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 17. | American Collection Corp | Unsecured | | No Claim Filed |
| 18. | Genesis Financial Solutions, Inc | Unsecured | | No Claim Filed |
| 19. | Berwyn Emergency Physicians | Unsecured | | No Claim Filed |
| 20. | Capital Management | Unsecured | | No Claim Filed |
| 21. | Credit Collection | Unsecured | | No Claim Filed |
| 22. | Credit Protection Association | Unsecured | | No Claim Filed |
| 23. | ACC International | Unsecured | | No Claim Filed |
| 24. | Heart Care Centers Of Illinois | Unsecured | | No Claim Filed |
| 25. | Computer Credit Service Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Favela, Manuel | | Case Number: 07 B 03800 |
|---|---|---|---|
| | Favela, Jeana | | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | | Filed: 3/3/07 |

| | | | | |
|---|---|---|---|---|
| 26. | CMRE Financial Svcs | Unsecured | | No Claim Filed |
| 27. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 28. | MacNeal Memorial Hospital | Unsecured | | No Claim Filed |
| 29. | Credit Collection | Unsecured | | No Claim Filed |
| 30. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 31. | Metropolitan Advanced Radiology | Unsecured | | No Claim Filed |
| 32. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 33. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 34. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 35. | The Bureau Inc | Unsecured | | No Claim Filed |
| 36. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 37. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 38. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 39. | Reader's Digest | Unsecured | | No Claim Filed |
| 40. | RMI/MCSI | Unsecured | | No Claim Filed |
| 41. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 42. | RMI/MCSI | Unsecured | | No Claim Filed |
| 43. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 44. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| 45. | North Shore Agency Inc | Unsecured | | No Claim Filed |
| 46. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 47. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 48. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 49. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 50. | United Collection Bureau Inc | Unsecured | | No Claim Filed |

$ 52,227.49         $ 2,932.59

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 167.41 |

$ 167.41

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: